UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PATRICIA GILLERY :
:
vs. : C. A. # 05- 356 S
:
NATIONAL RAILROAD PASSENGER :
CORPORATION a/k/a AMTRAK :

COMPLAINT

1. This action is brought pursuant to 45 U.S.C. §51 et seq., also known as the Federal Employer's Liability Act ("FELA").

2. Jurisdiction rests with this court pursuant to 28 U.S.C. §1331.

3. During all times herein mentioned defendant National Railroad Passenger Corporation ("Amtrak") owned and operated in interstate commerce a railroad which maintained a station in Providence, Rhode Island.

4. During all times herein mentioned plaintiff, Patricia Gillery ("plaintiff") was an employee of defendant and worked as a custodian at the defendant's Providence Station.

5. Defendant negligently put plaintiff to work typing using ergonomically defective equipment, failed to provide adequate tools and equipment for work, failed to provide adequate staffing support, required her to continue said work despite the conditions, and otherwise negligently breached duties to provide a safe and healthy work environment.

6. As a proximate result of defendant's negligence plaintiff became severely and permanently injured, suffering great physical and mental pain, incurring medical expenses, lost wages, and has otherwise been injured and damnified.

7. WHEREFORE plaintiff demands judgment against defendant in the sum of One Million ($1,000,000.00) Dollars and costs, and such other relief as the Court deems just.

Plaintiff demands a trial by Jury and assigns J. Scott Kilpatrick, Esq. as her trial counsel.

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FACSIMILE

August 22, 2005