**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PATRICIA GILLERTY** | : | |
| | : | |
| **vs** | : | **CA #05-356S** |
| | : | |
| **NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK** | : | |

**Affidavit of Service**

I, J. Scott Kilpatrick, on oath, hereby deposes and says as follows:

1) That I am the attorney for the Plaintiff in the above entitled matter.

2) A Complaint was filed with this Court on August 22, 2005.

3) That pursuant to Rule 4 of the United States District Court for the District of Rhode Island Rules of Civil Procedure, on August 23, 2005, I forwarded by certified mail, return receipt requested a copy of the summons and complaint to the Defendant, National Railroad Passenger Corporation a/k/a AMTRAK c/o Secretary of AMTRAK, 40 & 60 Massachusetts Avenue, NE, Washington, DC 20002. A copy of said letter is attached as Exhibit A.

4) Defendant received the copy of the summons and complaint on or about August 25, 2005. A copy of the Post Office Certified Mail Receipt and Domestic Return Receipt is attached as Exhibit B.

J. Scott Kilpatrick (#4036)

Subscribed and sworn to before me this 29th day of August, 2005, in Providence, Rhode Island.

Notary Public

My Commission Expires: 6/18/05

**EXHIBIT A**

CHISHOLM CHISHOLM & KILPATRICK LLP

ATTORNEYS AT LAW

ROBERT V. CHISHOLM*
J. SCOTT KILPATRICK

ARAM P. JARRET III**

VINCENT J. CHISHOLM
OF COUNSEL

August 23, 2005

National Railroad Passenger Corporation
ak/a Amtrak
c/o Secretary of AMTRAK
40 & 60 Massachusetts Avenue NE
Washington, DC 20002

RE: Patricia Gillery
VS: National Railroad Passenger Corporation
a/k/a AMTRAK

Dear Sir/Madam:

Enclosed please find copies of a Summons and Complaint in an action which has been brought against National Railroad Passenger Corporation a/k/a AMTRAK as a defendant in the United States District Court for the District of Rhode Island under CA #05-356 S.

Answer to this complaint should be filed with the United States District Court for the District of Rhode Island, One Exchange Terrace, Federal Building & Courthouse, Providence, Rhode Island 02903 and a copy served on the undersigned within twenty (20) days after receipt of this notice.

Very truly yours,

J. Scott Kilpatrick

JSK:cad

Enclosures

***VIA CERTIFIED MAIL***
***RETURN RECEIPT REQUESTED***

ONE TURKS HEAD PLACE SUITE 1313 PROVIDENCE RHODE ISLAND 02903
RCHISHOLM@CCK-LAW.COM JSKILPATRICK@CCK-LAW.COM JJARRET@CCK-LAW.COM
TELE. 401.331.6300 1.800.544.9144 FAX. 401.421.3185
WWW.CCK-LAW.COM

*ALSO ADMITTED IN MASSACHUSETTS AND NEW YORK **ALSO ADMITTED IN MASSACHUSETTS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**PATRICIA GILLERTY** :
:
**vs** : **CA #05-356S**
:
**NATIONAL RAILROAD PASSENGER** :
**CORPORATION a/k/a AMTRAK** :

**EXHIBIT B**

7003 2260 0006 8508 0489

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON, DC 20002

| | |
|---|---|
| Postage | $ 37.60 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.65 |

UNIT ID: 0101
Postmark Here
AUG 23 2005
Clerk: F4S8N0
08/23/05

Sent To: Nat'l RR Passenger Corp.
Street, Apt. No.; or PO Box No.: Amtrak 40+60 MA Ave NE
City, State, ZIP+4: Washington DC 20002

PS Form 3800, June 2002 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*National Railroad Passenger Corporation*
*ak/a Amtrak*
*c/o Secretary of AMTRAK*
*40 & 60 Massachusetts Avenue NE*
*Washington, DC 20002*

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): REGINALD GREEN/OB C. Date of Delivery: 8/25/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 2260 0006 8508 0489

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540