FILED
SEP 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PATRICIA GILLERY,
Plaintiff

v.

NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK,
Defendant

C.A. No. 05-356 S

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Defendant National Railroad Passenger Corporation a/k/a Amtrak, hereby moves that Michael B. Flynn, Esq. be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

X The case involves the following complex area of the law, in which pro hac vice counsel specializes: Federal Employers Liability Act; Boiler Inspection Act; Safety Appliance Act; Railroad Litigation; Occupational Injuries.

X Pro hac vice counsel's long-standing representation of the client: Amtrak.

☐ The local trial bar lacks experience in the field of:__________.

☐ The case involves complex legal questions under the law of a foreign jurisdiction with which ______________ counsel is familiar, specifically:______________________________.

☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows:

☐ It is a criminal case, and ____________________ counsel is defendant's counsel of choice.

☐ Other: ________________________________________.

NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK

By ______________________
Michael A. Gamboli (#4684)
Lisa M. Martinelli (#6350)
Local Counsel
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

DATED: September 14, 2005

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member of good standing of the bar of the State(s) of Massachusetts and Ney York, and the following federal district court and/or appeals court bar(s): United States District Court for the Districts of Massachusetts, Connecticut, Vermont, Arkansas and New York, and the United States Court of Appeals for the First Circuit without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in the district: 5/10/05, Arrighi v. P&W Railroad, Providence County Superior Court, Justice Judith C. Savage.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of Local associate counsel.

Michael B. Flynn, Esq.
Flynn & Associates
400 Crown Colony Drive, Suite 200
Quincy, MA 02169
(617) 773-5500
(617) 773-5510 FAX

Local Associate Counsel
Michael A. Gamboli (#4684)
Lisa M. Martinelli (#6350)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

---

Order: This motion is hereby Granted.

WRSM
U.S. District Court Judge

DATED: ~~September~~ 10/18, 2005