**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PATRICIA GILLERY** | : | |
| | : | |
| **vs** | : | **CA #05-356S** |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION a/k/a AMTRAK** | : | |

**JOINT MOTION TO EXTEND THE TIME PERIODS SET FORTH IN PRE-TRIAL ORDER**

The parties in the above matter hereby move to have the deadlines in the PreTrial Order extended. At present, the following deadlines are in place:

Factual Discovery Closure - 4/30/06;

Plaintiff's Expert Discovery Closure - 1/31/06;

Defendant's Expert Discovery Closure - 2/28/06;

Dispositive Motions Filing Deadline - 5/15/06;

PreTrial Memorandum due 5/31/06 or 30 days after decision on dispositive motion.

The parties are in need of an extension, and request an additional sixty (60) days. The parties rely on the memorandum of law filed contemporaneously herewith.

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile

Michael A. Gamboli, Esq. (#4684)
Lisa M. Martinelli, Esq. (#6350)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
861-8200
861-8210 Facsimile

Michael B. Flynn, Esq.
John E. Young, Esq.
Flynn & Associates, PC
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
1-617-773-5500
1-617-773-5510 Facsimile

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PATRICIA GILLERY** | : | |
| | : | |
| **vs** | : | **CA #05-356S** |
| | : | |
| **NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK** | : | |

**JOINT MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO EXTEND THE TIME PERIODS SET FORTH IN PRE-TRIAL ORDER**

The parties are in need of an extension because the parties are scheduled for Mandatory Settlement Conference for February 8, 2006, and have been endeavoring to conduct exchanges of written discovery, which has not yet been completed despite efforts of both parties. The case involves production and review of extensive medical records, and potentially complicated medical issues including the cause of carpal tunnel syndrom and epicondylitis, and whether such conditions can and did result from the work place. The parties will continue to make best efforts to exchange such information so that if the settlement conference is not successful, they will be prepared to proceed with the litigation under the proposed revised Pre-trial schedule.

In the event that the Court is disinclined to grant this joint motion, based on this submission, the parties respectfully request an audience with the Court.

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile

Michael A. Gamboli, Esq. (#4684)
Lisa M. Martinelli, Esq. (#6350)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
861-8200
861-8210 Facsimile

Michael B. Flynn, Esq.
John E. Young, Esq.
Flynn & Associates, PC
400 Crown Colony Drive
Suite 200
Quincy, MA 02169
1-617-773-5500
1-617-773-5510 Facsimile