**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PATRICIA GILLERY** | : | |
| | : | |
| **vs** | : | **CA #05-356S** |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION a/k/a AMTRAK** | : | |

**JOINT MOTION TO EXTEND THE TIME PERIODS**
**SET FORTH IN PRE-TRIAL ORDER**

The parties in the above matter hereby move to have the deadlines in the PreTrial Order extended. At present, the following deadlines are in place:

Factual Discovery Closure - 4/30/06;

Plaintiff's Expert Discovery Closure - 1/31/06;

Defendant's Expert Discovery Closure - 2/28/06;

Dispositive Motions Filing Deadline - 5/15/06;

PreTrial Memorandum due 5/31/06 or 30 days after decision on dispositive motion.

The parties are in need of an extension, and request an additional sixty (60) days. The parties rely on the memorandum of law filed contemporaneously herewith.

J. Scott Kilpatrick, Esquire (#4036)
Chisholm Chisholm & Kilpatrick LLP
One Turks Head Place, Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 Facsimile

GRANTED
William E. Smith 1/31/06
U.S. District Judge
No further extensions will be granted, except for extraordinary circumstances