**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **PATRICIA GILLERY** | : | |
| | : | |
| **VS** | : | **CA #05-356s** |
| | : | |
| **NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK** | : | |

**NOTICE OF INTENTION TO TAKE DEPOSITION**

**TO:** **Arthur Misiaszek, Alias**

**DATE:** **May 9, 2006**

**TIME:** **10:00 A.M.**

Pursuant to Rule 30 of the United Stated District Court, District of Rhode Island Rules of Civil Procedure,, we hereby notice the testimony on oral examination of the **Arthur Misiaszek, Alias.** Said deposition will be taken on **May 9, 2006, at 10:00 a.m.,** for the purpose of discovery or for use as evidence at trial, before a Notary Public of the State of Rhode Island, or some other duly qualified person, and thereafter from day to day as the taking of the deposition may be adjourned, at the Offices of CHISHOLM CHISHOLM & KILPATRICK LLP, One Turks Head Place, Suite 1313, Providence, Rhode Island 02903, at which time you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiffs,
By their Attorneys,
CHISHOLM CHISHOLM & KILPATRICK, LLP

By________________________

J. SCOTT KILPATRICK #4036
One Turks Head Place, Suite 1313
Providence, Rhode Island 02903
(401) 331-6300
(401) 421-3185 FAX