RECEIVED
JUN 02 2006
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

PATRICIA GILLERY,
Plaintiff

v.

NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK,
Defendant

C.A. No. 05-356 S

## STIPULATION OF DISMISSAL

Now come the parties in the above-captioned action and hereby dismiss all claims, with prejudice, each party to bear its own costs and fees.

PATRICIA GILLERY

By Her Attorneys,

CHISHOLM CHISHOLM & KILPATRICK, LLP

J. Scott Kilpatrick (LMM 6350)
J. Scott Kilpatrick (#4036)
One Turks Head Place
Suite 1313
Providence, RI 02903
(401) 331-6300
(401) 421-3185 FAX
DATED: June 2, 2006

ENTER WMM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 6/5/06

NATIONAL RAILROAD PASSENGER CORPORATION A/K/A/ AMTRAK,

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Lisa M. Martinelli
Michael A. Gamboli (#4684)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
DATED: June 2, 2006

FLYNN & ASSOCIATES, P.C.

John Young (LMM 6350)
John E. Young, Esq.
400 Crown Colony Drive, Suite 200
Quincy, MA 02169
(617) 773-5500
(617) 773-5510 FAX
DATED: June 2, 2006

859262_1/4829-2